IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRESTON SHANE ALLEN,

      Plaintiff,

v.                                        CASE NO. 1:13-cv-6-MP-GRJ

KENNETH S. TUCKER,

      Defendant.

_____/

## O R D E R

Pending before the Court is Plaintiff's "Motion for Extension of Time and To Exceed the Page Limit." (Doc. 7.) On January 16, 2013, the Court directed Plaintiff to file an amended complaint and motion to proceed as a pauper by February 15, 2013. (Doc. 3.) Plaintiff asserts that he has had difficulty accessing the law library to prepare his amended complaint, and states that he has not yet received his inmate account statement from the prison officials. Accordingly, the Court will grant Plaintiff a thirty-day extension of time to file his amended complaint and motion to proceed as a pauper.

Plaintiff also requests leave to file excess pages in his amended complaint. The Court finds that Plaintiff has not shown good cause for exceeding the page limits. Pursuant to Fed. R. Civ. P. 8, Plaintiff is only required to make "a short and plain statement of the claim showing that the pleader is entitled to relief." Plaintiff should state the **facts** showing he has a claim against **each Defendant** and avoid making repetitive legal conclusions regarding his claims.

Accordingly, it is **ORDERED**:

1.      Plaintiff's "Motion for Extension of Time and To Exceed the Page Limit,"

Doc. 7, is **GRANTED in part and DENIED in part**.  Plaintiff must file an amended complaint and motion to proceed as a pauper **on or before March 18, 2013.**  The amended complaint must comply with the page limits set forth in the Local Rules.

2.    Failure to comply with this order within the allotted time, or to show cause why Plaintiff is unable to comply, will result in a recommendation to the district judge that the case be dismissed without further notice for failure to prosecute and for failure to obey an order of the court.

**DONE AND ORDERED** this 14th day of February 2013.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge