IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PRESTON SHANE ALLEN,**

    **Petitioner,**

v.                                         **CASE NO. 1:13-cv-6-RS-GRJ**

**KENNETH S. TUCKER,**

    **Defendant.**

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 23) and Petitioner's Objections (Doc. 31). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

**ORDERED** on August 13, 2013.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**