IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PRESTON SHANE ALLEN,**

    **Plaintiff,**

**v.**     **CASE NO. 1:13-cv-6-RS-GRJ**

**SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,**

    **Defendants.**
_____/

## ORDER

Before me are the December 1, 2014, Magistrate Judge's Report and Recommendation (Doc. 51) and Plaintiff's Objections (Doc. 53). I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The claims in Plaintiff's Fourth Amended Complaint against Defendants Secretary Crews, Warden Crews, Lieutenant James, and Segeant Brock are **DISMISSED without prejudice**.

**ORDERED** on December 30, 2014.

        /S/ Richard Smoak
        **RICHARD SMOAK
        UNITED STATES DISTRICT JUDGE**