IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PRESTON S. ALLEN,**

      **Plaintiff,**

v.                                      Case No.  1:13cv6-MW/GRJ

**SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,**

      **Defendants.**
_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

      This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.91, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 92.   Accordingly,

      IT IS ORDERED:

      The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "Defendants' Motion to Dismiss Plaintiff's Fourth Amended Complaint, ECF No. 73, is **GRANTED**.  Defendant Albritton's Motion to Dismiss Plaintiff's Fourth Amended Complaint, ECF No. 78, is **GRANTED**.  Defendant Barger's Motion to

Dismiss Plaintiff's Fourth Amended Complaint, ECF No. 90, is **GRANTED**.

Plaintiff's claims are **DISMISSED without prejudice**."  The Clerk shall close the file.

    **SO ORDERED on August 24, 2015.**

                                                 _s/MARK E. WALKER_____
                                                 **United States District Judge**